1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ART OF LIVING FOUNDATION, a California corporation, | ) ) ) ) ) ) ) ) ) ) | Case No.: 12-CV-02748-LHK<br>Related Case No.: 10-CV-05022-LHK<br><br>ORDER REFERRING CASE FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| ENG-AN CHOU, an individual, | | |
| Defendant. | | |

    This case is referred to the Honorable Joseph C. Spero for a Magistrate Judge Settlement Conference.

**IT IS SO ORDERED.**

Dated: June 12, 2012

                                                   _____
                                                 LUCY H. KOH
                                                 United States District Judge

1