UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ART OF LIVING FOUNDATION, a California corporation, <br><br> Plaintiff, <br> v. <br><br> ENG-AN CHOU, an individual, <br><br> Defendant. | Case No.: 12-CV-02748-LHK <br> Related Case No.: 10-CV-05022-LHK <br><br> ORDER REFERRING CASE FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE |

This case is referred to the Honorable Joseph C. Spero for a Magistrate Judge Settlement Conference.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-2748-LHK
ORDER REFERRING CASE FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE